1  Deverie J. Christensen
   Nevada State Bar No. 6596
2  Daniel I. Aquino
   Nevada State Bar No. 12682
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Email:  deverie.christensen@jacksonlewis.com
           daniel.aquino@jacksonlewis.com
6
7  *Attorneys for Defendant*
   *Optum Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAWONE HAMILTON, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>OPTUM SERVICES, INC., a Delaware Corporation<br><br>        Defendant. | Case No. 2:20-cv-00957-JCM-DJA<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER TO VACATE EARLY NEUTRAL EVALUATION CONFERENCE** |

  Defendant Optum Services, Inc. and Plaintiff Lawone Hamilton, by and through their respective counsel of record, hereby notify the Court the parties have reached a settlement in the above captioned matter.

  The parties are currently drafting the settlement documents. However, due to current circumstances, the parties request this Court's approval to file a stipulation and order to dismiss this action no later than 45 days from the date of this order.

. . .

. . .

. . .

. . .

. . .

. . .

The parties further request that the Early Neutral Evaluation Conference currently scheduled for August 11, 2020 be vacated.

Dated this 31st day of July, 2020.

| GABROY LAW OFFICES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kaine Messer* | */s/ Daniel I. Aquino* |
| Christian Gabroy, Bar #8805 | Deverie J. Christensen, Bar #6596 |
| Kaine Messer, Bar #14240 | Daniel I. Aquino, Bar #12682 |
| 170 South Green Valley Parkway, Suite 280 | 300 S. Fourth Street, Suite 900 |
| Henderson, Nevada 89012 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Optum Services, Inc.* |

IT IS HEREBY ORDERED that the proposed Stipulation and Order for Dismissal must be filed on or before August 14, 2020.

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 7-31-2020

4850-6503-7254, v. 1