Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
            daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Optum Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAWONE HAMILTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OPTUM SERVICES, INC., a Delaware Corporation<br><br>Defendant. | Case No. 2:20-cv-00957-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT STIPULATION AND ORDER FOR DISMISSAL**<br><br>**(First Request)** |

Defendant Optum Services, Inc. and Plaintiff Lawone Hamilton, by and through their respective counsel of record, hereby request an extension of time in which to submit the stipulation and order for dismissal following settlement.

Following the parties' notice of settlement in principal on July 31, 2020, the Court ordered the parties to submit the stipulation and order for dismissal on or before August 14, 2020. ECF No. 16.  The parties have executed the final settlement agreement.  Given current operational delays, Defendant anticipates being able to provide the settlement consideration to Plaintiff on or before Friday, September 4, 2020.

Accordingly, the parties request that their deadline to submit the stipulation and order for dismissal be extended to Monday, September 7, 2020.

Dated this 12th day of August, 2020.

| GABROY LAW OFFICES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kaine Messer* | */s/ Daniel I. Aquino* |
| Christian Gabroy, Bar #8805 | Deverie J. Christensen, Bar #6596 |
| Kaine Messer, Bar #14240 | Daniel I. Aquino, Bar #12682 |
| 170 South Green Valley Parkway, Suite 280 | 300 S. Fourth Street, Suite 900 |
| Henderson, Nevada 89012 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Optum Services, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: August 12, 2020

4832-0110-2535, v. 2