Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
           daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*Optum Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAWONE HAMILTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OPTUM SERVICES, INC., a Delaware Corporation<br><br>Defendant. | Case No. 2:20-cv-00957-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own

/ / /

/ / /

/ / /

Jackson Lewis P.C.
Las Vegas

1 attorneys' fees and costs.

2 Dated this 25th day of August, 2020.

| GABROY LAW OFFICES | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kaine Messer* | *Daniel I. Aquino* |
| Christian Gabroy, Bar #8805 | Deverie J. Christensen, Bar #6596 |
| Kaine Messer, Bar #14240 | Daniel I. Aquino, Bar #12682 |
| 170 South Green Valley Parkway, Suite 280 | 300 S. Fourth Street, Suite 900 |
| Henderson, Nevada 89012 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Optum Services, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: September 4, 2020

4838-2556-6664, v. 1